GAETANO GALASSI, as Administrator of the Estates of ANTONIO GALASSI and Another, Deceased, Respondent, v. SERVEL, INC., et al., Appellants, et al., Defendants.—

Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

In the Matter of the Arbitration between CITY SEWING CENTER, INC., Respondent, and PORTMAN SEWING MACHINE COMPANY, INC., Appellant.—

No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ. [See *post*, p. 893.]

EDWARD P. GASKELL, Appellant, v. DORIS S. GASKELL, Respondents, et al., Defendants.—

No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

HUMBERT DE SAYVE, Respondent, v. JEAN DE G. DE LA VALDENE, Appellant.—

Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ. [See *post*, p. 986.]

EDWARD RAGER, Appellant, v. JOHN J. McCLOSKEY, Individually and as Sheriff of the City of New York, et al., Respondents.—

No opinion. Present — Peck, P. J., Cohn and Van Voorhis, JJ. [See *post*, p. 906; 280 App. Div. 861.]

MARY MAZARAKIS, Plaintiff, and PETER MAZARAKIS et al., Respondents, v. JOHN KOSMAS et al., Defendants, and ISAAC EDELSON et al., Appellants.—

No opinion. Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ.